**Dismissed and Opinion Filed October 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00365-CV

### JUAN CARLOS REYNOSO, Appellant

### V.

### CHICKEN & RICE, INC., ALISHA WONGPANICH, AND MARCIA LUNA, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12015**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Myers
Opinion by Chief Justice Wright

Stating he has opted not to pursue the appeal, appellant has filed a motion to dismiss. *See*

TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

140365F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JUAN CARLOS REYNOSO, Appellant

No. 05-14-00365-CV      V.

CHICKEN & RICE, INC., ALISHA
WONGPANICH, AND MARCIA LUNA,
Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-12015.
Opinion delivered by Chief Justice Wright.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Chicken & Rice, Inc., Alisha Wongpanich, and Marcia Luna recover their costs, if any, of this appeal from appellant Juan Carlos Reynoso.

Judgment entered October 10, 2014